**Omar OCASIO, Plaintiff–Appellant,**

v.

**F. DELUKE, C.O., Great Meadow Correctional Facility, et al., Defendants–Appellees.**

**No. 11–1112–pr.**

United States Court of Appeals, Second Circuit.

April 17, 2012.

Omar Ocasio, New York, NY, pro se.

Victor Paladino, Assistant Solicitor General, Albany, N.Y. (Barbara D. Underwood, Nancy A. Spiegel, on the brief), for Eric T. Schneiderman, Attorney General of the State of New York.

PRESENT: WALKER, GERARD E. LYNCH, RAYMOND J. LOHIER, JR., Circuit Judges.

### SUMMARY ORDER

Appellant Omar Ocasio, proceeding *pro se*, appeals from the district court's grant of summary judgment in favor of Appellees. Ocasio's complaint under 42 U.S.C. § 1983 alleges numerous constitutional violations by officials at New York State Department of Corrections and Community Supervision at Great Meadow Correctional Facility. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

The magistrate judge's report and recommendation, which was adopted by the district court, correctly found that Ocasio failed to exhaust his administrative remedies. That failure warranted the grant of summary judgment against him. *See* 42 U.S.C. § 1997e(a). Moreover, other than the excessive force claims, none of Ocasio's claims would survive summary judgment even if he had exhausted his administrative remedies. Therefore we affirm the district court's judgment for substantially the same reasons set forth in the magistrate judge's thorough report.

We have considered all of Appellant's arguments on appeal and have found them to be without merit. For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.